Order issued October 15, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01395-CV

### IN RE HANK'S RESTAURANT GROUP, L.P., Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03124-2012**

## ORDER
Before Justices Moseley and FitzGerald

The Court has before it relator's petition for writ of injunction, or alternatively, motion for appellate rule 29.3 relief. The Court requests that real party in interest file any responses by October 25, 2012.

JIM MOSELEY
PRESIDING JUSTICE